IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

      Plaintiff,                       CIV-S-06-1229 LKK GGH PS
                                      CIV-S-06-1490 LKK GGH PS

    vs.

U.S. GOVERNMENT,

      Defendant.                      ORDER
_____/

        On October 26, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1  Accordingly, IT IS ORDERED that:

2  1. The Proposed Findings and Recommendations filed October 26, 2006, are ADOPTED;

3  2. These matters are dismissed for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3); and

4  3. The Clerk is directed to close these cases.

DATED: December 8, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2